UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

KYLE G SOTO,

    Petitioner,

v.                                                           Case No. 5:22cv101-TKW-HTC

FCI MARIANNA WARDEN
KEVIN PIESTRO,

    Respondent.

_____/

## ORDER

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 10). No objections were filed.

Upon due consideration of the Report and Recommendation and the case file, the Court agrees with the magistrate judge's determination that there is no basis to enter a temporary restraining order (TRO) because Petitioner has not established a likelihood of success on the merits of his claims or any irreparable harm if the TRO is not entered. Accordingly, it is **ORDERED** that

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. Petitioner's emergency request for a TRO (Doc. 6) is **DENIED.**

3.   The Clerk shall refer the matter back to the magistrate judge for further proceedings.

**DONE and ORDERED** this 11th day of July, 2022.

_____
**T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE**

Case No. 5:22cv101-TKW-HTC